**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| DONNA A FOX | |
| ERIC L.W. FOX | NO. 10-00048 |
| | JUDGE: Schmetterer |
| DEBTOR | |

## NOTICE OF FILING

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe, Ste 3850, Chicago, IL 60603
Paul M. Bach, Bach Law Ofiices, P.O. Box 1285 ,Northbrook, IL 60065
**Notified via US Postal Service**
Donna A. Fox, 1023 Midway Road, Northbrook, IL 60062
Eric L. W. Fox, 1023 Midway Road, Northbrook, IL 60062

Please take notice that on the 2th day of September, 2011 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Statement of Outstanding Mortgage Obligation.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on September 2, 2011, unless a copy was provided electronically by the Clerk of the Court.

Respectfully Submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-033870

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**